IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATIVIDAD SILVA, JR.,

    Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                              Case No. 14-cv-424-wmc

LEANN LARIVA, Warden,
Federal Medical Center – Rochester,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Natividad Silva, Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and dismissing this case with prejudice.

/s/                                                         1/6/2017

Peter Oppeneer, Clerk of Court                     Date